Professional Process Servers  
342 N. Water St. Suite 600  
Milwaukee, WI 53202

INVOICE NO. 20212124  
Western District of Wisconsin

## Affidavit of Personal Service on Corporation or Limited Liability Company

**Client:** The Previant Law Firm, S.C.

**Case Name:** Wisconsin Laborers Health Fund, et al     **Vs**     Uni-Pump, Inc.  
**Case Number:** 21-cv-143

**Documents to be Served:**

Summons in a Civil Action, Complaint

**Corporation or LLC Served:** Uni-Pump, Inc.

**Served person apparently in charge of office or officer, director, or managing agent name:** Steve Bennett - President

**Address Where Served:** 3070 Helsan Dr. #C, Richfield, Wisconsin 53076

**Date and Time Served:** Mar 4, 2021 12:16 PM

**Other Pertinent Information:** Steve Bennett accepted the paperwork and identified to the affiant he was the president. Steve was a white male who appeared to be 5' 10" tall, 200 lbs with gray hair.

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

**SIGNATURE:** _(signed)_  
**PROCESS SERVER'S NAME:** Robert Glisch  
**Fee for service:** $60

State of Wisconsin County of Milwaukee  
Subscribed and sworn to before me  
this ____ day of _____, 2021  

Notary Public, State of Wisconsin  
My Commission Expires: _____

Professional Process Servers
342 N. Water St. Suite 600
Milwaukee, WI 53202

INVOICE NO. 20212124
Western District of Wisconsin

## Affidavit of Personal Service on Corporation or Limited Liability Company

**Client:** The Previant Law Firm, S.C.

**Case Name:** Wisconsin Laborers Health Fund, et al    **Vs**    Uni-Pump, Inc.
**Case Number:** 21-cv-143

**Documents to be Served:**

Summons in a Civil Action, Complaint

| | |
|---|---|
| **Corporation or LLC Served:** | Uni-Pump, Inc. |
| **Served person apparently in charge of office or officer, director, or managing agent name:** | Steve Bennett - President |
| **Address Where Served:** | 3070 Helsan Dr. #C, Richfield, Wisconsin 53076 |
| **Date and Time Served:** | Mar 4, 2021 12:16 PM |
| **Other Pertinent Information:** | Steve Bennett accepted the paperwork and identified to the affiant he was the president. Steve was a white male who appeared to be 5' 10" tall, 200 lbs with gray hair. |

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

**PROCESS SERVER'S NAME: Robert Glisch**

**Fee for service: $60**    this _____ day of _____, 2021

**CLIENT INVOICE**

**20212124**