UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**WISCONSIN LABORERS HEALTH FUND, et. al,**

**Plaintiffs,**

v.

Case No. 21-cv-143

**UNI-PUMP, INC.,**

**Defendant.**

## ORDER AND ENTRY OF INJUNCTIVE RELIEF

On Plaintiffs' motion for injunctive relief in the above-captioned matter, the court orders as follows:

1. Defendant Uni-Pump, Inc. has failed to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a).

2. Defendant Uni-Pump, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to Plaintiff Funds and by failing to submit to an audit of the company's books and records by Plaintiff Funds' designated representative covering the period of January 1, 2019 to the present date.

3. Plaintiff Funds must conduct an audit of Defendant's payroll records to liquidate its claims and proceed to judgment.

## ORDER

**IT IS ORDERED THAT:**

1. That Defendant Uni-Pump, Inc. shall submit within ten (10) days of the date of this Order to an audit of the company's books and records by Plaintiff Funds' designated representative covering the period January 1, 2019 to the present date.

2. Plaintiffs may submit a motion for default judgment within thirty (30) days of completion of the audit, at which point the court will hold a hearing on the motion and, as appropriate, enter judgment in favor of Plaintiffs to include all contributions, interest and liquidated damages due to Plaintiffs as reported by the auditor, along with Plaintiffs' costs and attorney's fees.

3. In the absence of a motion for default judgment or request for further relief, the court shall hold a telephone status conference on _June 22_, 2021 at 9:30 a.m.

Entered this _21st_ day of _APRIL_, 2021.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge