IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND, BUILDING AND
PUBLIC WORKS LABORERS VACATION
FUND, and JOHN J. SCHMITT (in his capacity
as trustee), WISCONSIN LABORERS
DISTRICT COUNCIL, WISCONSIN
LABORERS-EMPLOYERS COOPERATION
AND EDUCATION TRUST FUND, BUILDING
TRADES UNITED PENSION TRUST FUND
and DOUG EDWARDS (in his capacity as
trustee),

    Plaintiffs,

v.

UNI-PUMP, INC.,

    Defendant.

Case No. 21-cv-143-jdp

## DEFAULT JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment is entered Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Apprenticeship and Training Fund, Building and Public Works Laborers Vacation Fund, John J. Schmitt, Wisconsin Laborers District Council, Wisconsin Laborers-Employers Cooperation And Education Trust Fund, Building Trades United Pension Trust Fund, and Doug Edwards, and against Defendant Uni-Pump, Inc. in the amount of $152,498.60 together with interest at the rate allowed by law.

| | |
|---|---|
|    s/V. Olmo, Deputy Clerk |    8/17/2021 |
| Peter Oppeneer, Clerk of Court | Date |